UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STUDIO 6, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:21-CV-0278-B (BH) |
| ) | |
| JOSEPH DINGLER, ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, by separate judgment, this action will be *sua sponte* **REMANDED** to the County Court at Law No. 1 of Dallas County, Texas.

**SIGNED** this 10th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE